STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SUE ANN DRAPER,<br><br>          Plaintiff,<br><br>v.<br><br>STATE OF MAINE, DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>and MARY MAYHEW, in her official capacity<br>as Commissioner,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Docket No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

To:    The Judges of the United States District Court for the District of Maine.

Defendants State of Maine, Department of Health and Human Services (the "Department") and Mary Mayhew, by and through counsel, hereby give notice of removal pursuant to 28 U.S.C. §§ 1441, *et seq.* of a civil action commenced in the Superior Court of Maine, Cumberland County, styled <u>Sue Ann Draper v. State of Maine, Department of Health and Human Services and Mary Mayhew</u>, CUMSC-CV-2012-00532. In support of removal, the Defendants respectfully state:

    1.    On December 26, 2012, the Office of the Attorney General received the Summons and Complaint in the above matter via United States mail from counsel for Plaintiff. Deputy Attorney General Paul Stern accepted service on behalf of both Defendants on January 14, 2013.

    2.    The Complaint sets forth three counts. The first count alleges a claim for violation of the Maine Human Rights Act, 5 M.R.S. § 4551 *et seq*. The second count alleges

violation of the Americans with Disabilities Act, 42 U.S.C. § 12132.  The third count alleges violation of Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

3. The United States District Court has original jurisdiction over Plaintiff's claims under the Americans with Disabilities Act and the Rehabilitation Act, which are federal questions arising under the laws of the United States.  28 U.S.C. § 1331.  Because Plaintiff's ADA and Rehabilitation Act claims arise under the laws of the United States, the Complaint is now removable.  28 U.S.C. § 1441(b).  Because the Plaintiff's ADA and Rehabilitation Act claims are now removable, the remaining state law claim is also removable.  28 U.S.C. § 1441(c).

4. The United States District Court for the District of Maine embraces the place within which this action is currently pending in the Superior Court.  Plaintiff resides in Androscoggin County, and the actions complained of took place in Cumberland County.  Pursuant to Local Rule 3(b), the case could be removed to either Bangor or Portland.

5. The Complaint is dated December 21, 2012, and was filed with the Cumberland County Superior Court on December 21, 2012.  The Office of the Attorney General received a copy of the Complaint by mail on behalf of the Department and Commissioner Mayhew on December 26, 2012.  Thirty days have not expired since the Defendants' receipt of the Complaint.

6. Pursuant to 28 U.S.C. § 1446, removal is timely filed within thirty days after the receipt by the Defendants, through service or otherwise, of the initial pleading setting forth the removable claims for relief.

7. Pursuant to 28 U.S.C. § 1446, the Defendants this day are sending a copy of the Notice of Removal to the Cumberland County Superior Court and to Plaintiff's counsel.

8. Attached to this Notice of Removal as Exhibit A is the Declaration of Assistant Attorney General ("AAG") Kelly L. Turner. Exhibits 1 and 2 of her Declaration are true copies of all documents filed in the Cumberland County Superior Court in the case of <u>Sue Ann Draper v. State of Maine, Department of Health and Human Services and Mary Mayhew</u>, Docket No. CUMSC-CV-2012-00532.

Based on the foregoing, the Defendants hereby give notice of the removal of the above-captioned action from the Maine Superior Court, Cumberland County, to the United States District Court for the District of Maine.

DATED:  <u>January 25, 2013</u>                    Respectfully submitted,

                                                                  JANET T. MILLS
                                                                  Attorney General


                                                                  <u>/s/ Kelly L. Turner</u>
                                                                  KELLY L. TURNER
                                                                  Assistant Attorney General
                                                                  Office of the Attorney General
                                                                  Six State House Station
                                                                  Augusta, Maine  04333-0006
                                                                  Tel.  (207) 626-8552
                                                                  Fax (207) 287-3145
                                                                  kelly.l.turner@maine.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed this Notice of Removal with attached exhibit, with the Clerk of the Court using the CM/ECF system, and sent a copy to the Plaintiff's counsel and the Cumberland County Superior Court at the following addresses:

| | |
|---|---|
| M. Elizabeth Gallie, Esq.<br>BGallie@mcdmaine.org | Cumberland County Superior Court<br>P. O. Box 287<br>Portland, ME 04112-0287 |

/s/ Kelly L. Turner
KELLY L. TURNER
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8552
Fax (207) 287-3145
kelly.l.turner@maine.gov