UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SUE ANN DRAPER,           ) | |
|                           ) | |
|     Plaintiff             ) | |
|                           ) | Civil Action |
| v.                        ) | Docket No. 2:13-cv-00028-JAW |
|                           ) | |
| STATE OF MAINE, DEPARTMENT ) | |
| OF HEALTH AND HUMAN SERVICES, ) | |
| AND MARY MAYHEW,          ) | |
|                           ) | |
|     Defendants            ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Defendants have satisfied the prerequisites to the dismissal of this action and that this action be dismissed in its entirety, with prejudice, each party to pay their own costs.

SEEN AND AGREED:                         SEEN AND AGREED:

*/s/ Kristin L. Aiello*                  */s/ Kelly L. Morrell*
Kristin L. Aiello, Bar No. 8071          Kelly L. Morrell
Peter M. Rice, Bar No. 7277              Assistant Attorney General
DISABILITY RIGHTS MAINE                  OFFICE OF THE ATTORNEY GENERAL
24 Stone Street, Suite 204               6 State House Station
Augusta, ME  04330                       Augusta, ME  04333-0006
(207) 626 2774                           (207) 626 8552
kaiello@drme.org                         Kelly.l.morrell@maine.gov
pmrice@drme.org                          Attorney for Defendants
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 201, I electronically filed this Joint Stipulation of Dismissal using the CM/ECF system, which will send notification of such filing(s) to the following:

Kelly L. Morrell,
Kelly.l.morrell@maine.gov


*/s/ Kristin L. Aiello*
Kristin L. Aiello, Bar No. 8071
DISABILITY RIGHTS MAINE
24 Stone Street, Suite 204
Augusta, ME  04330
(207) 626 2774
kaiello@drme.org
Attorney for Plaintiff